**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ROMEL SOLIS-BECERRIL,
Petitioner,
v.
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,
Respondents.

Case No.: 26cv3688 DMS (BJW)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they aver Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). However, they acknowledge this Court's prior decisions do not support their argument, and they therefore "do[ ] not oppose the petition and defer[ ] to the Court on the appropriate relief." (Return at 3.)

That being the case, and for the reasons set out in *Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2773 DMS (JLB), ECF No. 7 at 6-7, the Court grants the Petition and orders Respondents to release Petitioner. Respondents shall release Petitioner from custody forthwith, and shall not re-detain him without first providing a pre-deprivation hearing

before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: July 30, 2026

Hon. Dana M. Sabraw
United States District Judge